ROBERT F. KANE, ESQ. (SBN 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102

Attorneys for Plaintiff
JUDITH WHITWORTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH WHITWORTH,<br><br>Plaintiff,<br><br>v.<br><br>FIRST CALIFORNIA TITLE CO, et al.<br><br>Defendants. | Case No. C 07-05986 JSW<br><br>REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

PLAINTIFF JUDITH WHITWORTH requests that the Initial Case Management Conference scheduled for February 29, 2008 at 1:30 p.m. be continued as this matter has been settled and the parties are in the process of finalizing the settlement documents. Plaintiff requests that the Initial Case Management Conference be postponed for approximately 45 days to allow the parties to finalize the settlement and have a request for dismissal filed.

Dated: February 25, 2008

LAW OFFICES OF ROBERT F. KANE
Attorneys for Plaintiff
JUDITH WHITWORTH

By _____
ROBERT F. KANE