1  ROBERT F. KANE, ESQ. (State Bar No. 71407)
   LAW OFFICES OF ROBERT F. KANE
2  870 Market Street, Suite 1128
   San Francisco, CA 94102
3  (415) 982-1510; Fax (415) 982-5821
   rkane1089@aol.com
4
   Attorneys for Plaintiff
5  JUDITH WHITWORTH

6

7

8                    UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA, NORTHERN DIVISION

10
   JUDITH WHITWORTH, an individual         CASE NO.: 3:07-cv-5986
11
           Plaintiff,                       (PROPOSED) ORDER TO CONTINUE CASE
12                                          MANAGEMENT CONFERENCE

13  v.

14  FIRST CALIFORNIA TITLE CO.;
    et al.,
15
           Defendants.
16  _____/

17

18

19     Pursuant to the request of Plaintiff Judith Whitworth, the case management conference

20  currently scheduled for Friday, February 29, 2008 at 1:30 p.m. is continued to Friday, April 11,

21  2008 at 1:30 p.m.

22  Dated:
                                                    _____
23                                                  DISTRICT COURT JUDGE

24

25

26

27

28

                                                   1

(PROPOSED) ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE