1  ROBERT F. KANE, ESQ. (State Bar No. 71407)
   LAW OFFICES OF ROBERT F. KANE
2  870 Market Street, Suite 1128
   San Francisco, CA  94102
3  (415) 982-1510; Fax (415) 982-5821
   rkane1089@aol.com
4
   Attorneys for Plaintiff
5  JUDITH WHITWORTH

6

7

8                    UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, NORTHERN DIVISION

10 JUDITH WHITWORTH, an individual      CASE NO.:  3:07-cv-5986

11         Plaintiff,                   (PROPOSED) ORDER TO CONTINUE CASE
                                        MANAGEMENT CONFERENCE
12

13 v.

14 FIRST CALIFORNIA TITLE CO.;
   et al.,
15

16         Defendants.
                                    /
17

18

19         Pursuant to the request of Plaintiff Judith Whitworth, the case management conference

20 currently scheduled for Friday, February 29, 2008 at 1:30 p.m. is continued to Friday, April 11,

21 2008 at 1:30 p.m.

22 Dated:  February 28, 2008

23                                      DISTRICT COURT JUDGE

24

25

26

27

28

                                       1

(PROPOSED) ORDER TO CONTINUE  CASE MANAGEMENT CONFERENCE