1  ROBERT F. KANE, ESQ. (SBN 71407)
   LAW OFFICES OF ROBERT F. KANE
2  870 Market Street, Suite 1128
   San Francisco, CA 94102
3

4  Attorneys for Plaintiff
   JUDITH WHITWORTH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH WHITWORTH,<br><br>Plaintiff,<br><br>v.<br><br>FIRST CALIFORNIA TITLE CO, et al.<br><br>Defendants. | Case No. C 07-05986 JSW<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AND (PROPOSED) ORDER** |

PLAINTIFF JUDITH WHITWORTH HEREBY GIVES NOTICE that the above-captioned complaint be and hereby is dismissed with prejudice, each party to bear their own costs and attorney fees, pursuant to FRCP 41(a)(1).

Dated: March 4, 2008         LAW OFFICES OF ROBERT F. KANE
                             Attorneys for Plaintiff
                             JUDITH WHITWORTH

                             By _____/s/_____
                                ROBERT F. KANE

### ORDER

IT IS HEREBY ORDERED that the above captioned complaint filed by Plaintiff Judith Whitworth is dismissed without prejudice.

Dated:_____        _____
                                     UNITED STATES DISTRICT COURT JUDGE