ROBERT F. KANE, ESQ. (SBN 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102

Attorneys for Plaintiff
JUDITH WHITWORTH

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH WHITWORTH,<br><br>Plaintiff,<br><br>v.<br><br>FIRST CALIFORNIA TITLE CO, et al.<br><br>Defendants. | Case No. C 07-05986 JSW<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE AND (~~PROPOSED~~) ORDER |

PLAINTIFF JUDITH WHITWORTH HEREBY GIVES NOTICE that the above-captioned complaint be and hereby is dismissed with prejudice, each party to bear their own costs and attorney fees, pursuant to FRCP 41(a)(1).

Dated: March 4, 2008

LAW OFFICES OF ROBERT F. KANE
Attorneys for Plaintiff
JUDITH WHITWORTH

By _/s/ Robert F. Kane_
ROBERT F. KANE

## ORDER

IT IS HEREBY ORDERED that the above captioned complaint filed by Plaintiff Judith Whitworth is dismissed without prejudice.

Dated: March 5, 2008

_/s/ Jeffrey S. White_
UNITED STATES DISTRICT COURT JUDGE

NOTICE OF DISMISSAL WITHOUT PREJUDICE